UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cr-35-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FERNANDO VILLANOVA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 2). On October 10, 2023, the Court entered an Order requiring the Government to respond to Defendant's motion within 20 days. (Doc. No. 3). It has now been 20 days since entry of that Order. The Government has failed to respond.

**ORDER**

**IT IS HEREBY ORDERED** that within **seven (7) days** the Government shall file a response to Defendant's motion.

Signed: October 31, 2023

Max O. Cogburn Jr.
United States District Judge

1